**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

KONSTANTINE PANTAS,

        Plaintiff,

vs.                                         Case No. 6:12-cv-227-Orl-37KRS

GUARDIAN LIFE INSURANCE
COMPANY OF AMERICA,

        Defendant.

**ORDER**

This cause is before the Court on the parties Joint Motion for Entry of Stipulated Final Order of Dismissal with Prejudice (Doc. 115), filed July 17, 2013. The parties have stipulated to the dismissal of this action with prejudice by filing a written stipulation that is signed by all the parties. (Doc. 144.)

The joint stipulation satisfies the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). As such, it is self-executing—that is, effective immediately upon filing. *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1277–78 (11th Cir. 2012). Because the Court was divested of jurisdiction over the case once the stipulation was filed, an order of dismissal would be superfluous as it can have no force or effect. *See id.* The Court will nevertheless grant the parties' joint motion with that limitation in mind.

Accordingly, it is hereby **ORDERED AND ADJUDGED**:

1. The parties Joint Motion for Entry of Stipulated Final Order of Dismissal with Prejudice (Doc. 115) is **GRANTED**. This action is dismissed with prejudice, each party bearing its own fees and costs.

    2.    The Clerk is directed to close this case.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on July 22, 2013.

_____
ROY B. DALTON JR.
United States District Judge

Copies:
Counsel of Record